#100

IT'S NOT RAPE
IF I HAVE SWAG
kushandlyrikz.tumblr