IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| I.F., | § |
|    Plaintiff, | § |
| | § |
|      v. | §Civil Action No. 4:14-CV-00359 (RC/KPJ) |
| | § |
| | § |
| LEWISVILLE INDEPENDENT SCHOOL | § |
| DISTRICT, | § |
|    Defendant. | § |

## ORDER ON LEWISVILLE INDEPENDENT SCHOOL DISTRICT'S AMENDED MOTION IN LIMINE

ON THIS, the day of signing, came on to be considered Defendant Lewisville Independent School District's Amended Motion in Limine.  The Court, having considered the motion and any responses, thereto, rules as follows:

Request No. 1:  _____ GRANTED

                                _____ DENIED

                                _____MODIFIED AS FOLLOWS:


Request No. 2:  _____ GRANTED

                                _____ DENIED

                                _____MODIFIED AS FOLLOWS:

Request No. 3: _____ GRANTED

_____ DENIED

_____ MODIFIED AS FOLLOWS:

Request No. 4: _____ GRANTED

_____ DENIED

_____ MODIFIED AS FOLLOWS:

Request No. 5: _____ GRANTED

_____ DENIED

_____ MODIFIED AS FOLLOWS:

Request No. 6: _____ GRANTED

_____ DENIED

_____ MODIFIED AS FOLLOWS:

Request No. 7: _____ GRANTED

_____ DENIED

_____ MODIFIED AS FOLLOWS:

Request No. 8:       _____ GRANTED

                     _____ DENIED

                     _____ MODIFIED AS FOLLOWS:


Request No. 9:       _____ GRANTED

                     _____ DENIED

                     _____ MODIFIED AS FOLLOWS:


Request No. 10:      _____ GRANTED

                     _____ DENIED

                     _____ MODIFIED AS FOLLOWS:


Request No. 11:      _____ GRANTED

                     _____ DENIED

                     _____ MODIFIED AS FOLLOWS:


Request No. 12:      _____ GRANTED

                     _____ DENIED

                     _____ MODIFIED AS FOLLOWS:

Request No. 13: _____ GRANTED

_____ DENIED

_____ MODIFIED AS FOLLOWS:

Request No. 14: _____ GRANTED

_____ DENIED

_____ MODIFIED AS FOLLOWS:

Request No. 15: _____ GRANTED

_____ DENIED

_____ MODIFIED AS FOLLOWS:

Request No. 16: _____ GRANTED

_____ DENIED

_____ MODIFIED AS FOLLOWS: