IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| PAUL FLETCHER and wife, JAIME FLETCHER as next friends of their daughter, IF<br>Plaintiff, | § § § § § | |
| v. | § § § | CAUSE NO. 4:14-cv-00359 DDB |
| LEWISVILLE INDEPENDENT SCHOOL DISTRICT *et al*<br>Defendants. | § § § § | |

**ORDER ON PLAINTIFF'S AMENDED PROPOSED MOTION IN LIMINE**

ON THIS DAY, came on to be considered Plaintiff's Amended Proposed Motion in Limine. The Court, having considered the motion and any responses thereto, rules as follows:

**Request No. 1:** _____ GRANTED

_____ DENIED

_____ MODIFIED AS FOLLOWS:

**Request No. 2:** _____ GRANTED

_____ DENIED

_____ MODIFIED AS FOLLOWS:

**Request No. 3:** _____ GRANTED

ORDER ON PLAINTIFF'S AMENDED PROPOSED MOTION IN LIMINE            Page 1

        _____ DENIED

        _____ MODIFIED AS FOLLOWS:

**Request No. 4:**   _____ GRANTED

        _____ DENIED

        _____ MODIFIED AS FOLLOWS:

**Request No. 5:**   _____ GRANTED

        _____ DENIED

        _____ MODIFIED AS FOLLOWS:

**Request No. 6:**   _____ GRANTED

        _____ DENIED

        _____ MODIFIED AS FOLLOWS:

**Request No. 7:**   _____ GRANTED

        _____ DENIED

        _____ MODIFIED AS FOLLOWS:

**Request No. 8:**   _____ GRANTED

        _____ DENIED

        _____ MODIFIED AS FOLLOWS:

**Request No. 9:** _____ GRANTED

_____ DENIED

_____ MODIFIED AS FOLLOWS:

**Request No. 10:** _____ GRANTED

_____ DENIED

_____ MODIFIED AS FOLLOWS:

**Request No. 11:** _____ GRANTED

_____ DENIED

_____ MODIFIED AS FOLLOWS:

**Request No. 12:** _____ GRANTED

_____ DENIED

_____ MODIFIED AS FOLLOWS:

**Request No. 13:** _____ GRANTED

_____ DENIED

_____ MODIFIED AS FOLLOWS:

**Request No. 14:** _____ GRANTED

_____ DENIED

_____ MODIFIED AS FOLLOWS:

**Request No. 15:**     _____ GRANTED

_____ DENIED

_____ MODIFIED AS FOLLOWS:

**Request No. 16:**     _____ GRANTED

_____ DENIED

_____ MODIFIED AS FOLLOWS:

**Request No. 17:**     _____ GRANTED

_____ DENIED

_____ MODIFIED AS FOLLOWS: