**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **I.F.,** | § |
|     **Plaintiff,** | § |
| | § |
|       v. | §**Civil Action No. 4:14-CV-00359 (RC/KPJ)** |
| | § |
| | § |
| **LEWISVILLE INDEPENDENT SCHOOL** | § |
| **DISTRICT,** | § |
|     **Defendant.** | § |

**JOINT FINAL PRE-TRIAL ORDER**

This cause came before the court at a pre-trial management conference held on February 14, 2017, pursuant to Local Rule CV-16 and Rule 16 of the Federal Rules of Civil Procedure.

**A.**    **COUNSEL FOR THE PARTIES**

      Plaintiff:    Charla Aldous
                       Heather Long
                       Christopher Payne

      Defendant:    Thomas P. Brandt
                         Stephen D. Henninger

**B.**    **STATEMENT OF JURISDICTION**

This is a suit alleging a violation of Plaintiff's rights under Title IX to the Education Amendments of 1972, 20 U.S.C. 1681, *et seq*. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§1331 and 1343. Jurisdiction is not in dispute.

**C.**    **NATURE OF THE ACTION**

**Plaintiff's Version:**

I.F.'s lawsuit seeks to hold Lewisville Independent School District responsible for the district's deliberate indifference and retaliation after receiving reports that I.F. was sexual

assaulted and sexual harassed by peers in violation Title IX of the Education Amendments of 1972, 20 U.S.C. § 1681 *et seq.*  I.F. seeks monetary damages recoverable under the applicable law.

**Defendant's Version:**

Plaintiff, a former student at the Lewisville Independent School District ("LISD"), has sued the District under Title IX. Plaintiff claims that LISD discriminated against her on the basis of her gender by failing to properly respond to and address: (1) her claim that fellow LISD students sexually assaulted her at an off-campus, non-school related function; and (2) her claim that she was being harassed and bullied by fellow LISD students about the alleged assault.

**D.      CONTENTIONS OF THE PARTIES**

The Management Conference referenced in the Joint Pretrial Order form for the Eastern District has not yet taken place.  The parties submit the following contentions at this time:

**Plaintiff's Contentions:**

School districts like Lewisville Independent School District that accept Federal funding make a promise to obey Title IX's mandate:

> No person in the United States shall, on the basis of sex, be excluded from participation in, be denied the benefit of, or be subjected to discrimination under any education program or activity receiving Federal financial assistance . . . .

20 U.S.C. § 1681(a).  LISD broke that promise, sexually discriminated I.F., and deprived her of access to educational programs and activities. When I.F. notified LISD that two of her classmates simultaneously sexually assaulted her and that she was being subjected to sexual harassment from other classmates that knew about the event, LISD responded with retaliation and deliberate indifference.

Title IX's implied private right of action encompasses claims of retaliation, and the elements of the claim are participation in a protected activity, adverse action by the funding recipient, and a causal connection between the protected activity and the adverse action.  At trial, I.F. will ask the jury to hold LISD responsible for its retaliation against her because: (1) Title IX protected I.F.'s sexual assault and sexual harassment reports as well as her multiple requests for response to those reports; (2) LISD took adverse actions against I.F. like discouraging her from pursuing district action against the students responsible, encouraging her to leave the educational environment, and refusing to investigate her allegations for over eighty days;[1] and (3) the adverse actions LISD took were directly related to I.F.'s reports.

Title IX's implied right of action also allows claims for deliberate indifference to student-on-student sexual harassment if the recipient has actual knowledge, acts with deliberate indifference, and the harassment is so severe that it effectively bars the victim's access to an educational opportunity or benefit. At trial, I.F. will ask the jury to hold LISD responsible for its deliberate indifference to the peer-on-peer sexual harassment she endured because: (1) LISD received actual notice of the sexual assault and sexual harassment in October 2012, and was apprised of subsequent sexual harassment multiple times throughout the 2012-2013 school year; (2) LISD's response and lack of response after receiving that knowledge was deliberately indifferent, including being clearly unreasonably in light of the known circumstances; and (3) the harassment I.F. reported--- including the assault, the presence of her two rapists at school, and verbal harassment--- was so severe it created a hostile learning environment.

The defenses Defendant identifies as "affirmative defenses" are not recognized under the law and/or available to Defendant under the facts and circumstances of this case.

---

[1] LISD engaged in multiple retaliatory acts against I.F. because of her protected actions.  The specific references above are offered as examples of those acts and not intended to represent an exclusive list.

**Defendant's Contentions:**

LISD contends that I.F. has not pled any claim for Title IX retaliation that is distinct from her claim of Title IX discrimination. In any event, LISD denies any retaliation against I.F. LISD denies that it violated I.F.'s rights under Title IX, in any respect.  LISD contends that the initial bullying complaint which was made on I.F.'s behalf in October of 2012, did not sufficiently allege any gender-based harassment and, therefore, did not implicate Title IX protections.

Thereafter, when I.F. reported an allegation of sexual assault which allegedly occurred at an off-campus, non-school sponsored party at which no LISD personnel or adults were present, and further claimed harassment by LISD students related to that alleged sexual assault, LISD responded properly and in compliance with its obligations under Title IX.  LISD was, in no way, deliberately indifferent to I.F.s Title IX complaints. To the contrary, LISD took specific, direct action to try to determine what had happened and to prevent any harassment of I.F.

First, LISD worked with I.F.'s family to have I.F. quickly enrolled in the School District's Homebound program so that she could continue her education without being subjected to an allegedly hostile environment while LISD attempted to discover what was happening. Moreover, LISD, after  complying with the request of the Carrollton Police Department to delay its investigation while the Police conducted their criminal investigation into I.F.'s sexual assault allegation, thoroughly investigated the events of the party to see if the allegation of sexual assault could be proven and the alleged assailants subjected to discipline. Ultimately, due to conflicting statements and evidence  about the events of the party and the alleged assault, LISD could not determine whether a sexual assault occurred.

LISD further directly responded to allegations of cyber-bullying made by I.F. by interviewing all involved students, counseling against further harassing behavior, and contacting

parents of involved students. Thereafter, the harassment from those involved did not continue, to LISD's knowledge. An additional incident of alleged bullying involving Instagram accounts was referred to the police, and resulted in the filing of criminal charges, and an LISD student being assigned to a Disciplinary Alternative Education Program as punishment for the student's involvement.

LISD denies that I.F. was deprived of access to the educational opportunities offered by LISD sufficient to invoke the protections of Title IX. LISD further denies that any alleged violation of Title IX administrative rules, directives, letters, or other communications from administrative agencies, or any alleged violation of LISD's own policies, is sufficient to establish deliberate indifference.

LISD contends that the incidents in question and alleged damages were caused in whole or in part by the acts and/or omissions of independent third-parties over whom LISD exercised no control and for whose acts and/or omissions LISD cannot be held responsible. LISD further contends that the incidents made the basis of this suit and any alleged damages therefrom were caused in whole or in part by the intervening criminal and intentional acts of independent third-parties over whom Defendant exercised no control and for whose acts and/or omissions Defendant cannot be held responsible.

LISD asserts the defense of governmental immunity.

LISD further asserts the defense of estoppel.

LISD further asserts numerous affirmative defenses with respect to I.F.'s allegations regarding alleged delays in investigating her complaints including estoppel, waiver, impossibility, interference by I.F. and/or her parents, and interference by local law enforcement who, under the authority of state law, required LISD to refrain from continuing the District's

investigation during the pendency of law enforcement's criminal investigation of I.F.'s complaints.  LISD's investigation was also delayed by the request of I.F.'s mother, and by the actions of I.F.

LISD asserts that I.F. failed to exhaust her available administrative remedies.

LISD contends that  I.F. failed to mitigate damages by using and/or exhausting available administrative remedies, including, but not limited to, available grievance procedures and available procedures under applicable statutes.

LISD contends that it cannot be liable for punitive/exemplary damages.

**E.    STIPULATIONS AND UNCONTESTED FACTS**

1)    Lewisville Independent School District received federal funding assistance for purposes of Title IX of the Educational Amendments of 1972  at all relevant times.

2)    Hebron High School 9th Grade Center ("HHS9") and Hebron High School are schools within LISD.

3)    According to the 2012-2013, LISD school calendar, the first day of school was August 27, 2012, and the last day was June 6, 2013.

4)    I.F. began the 2012-2013, school year as a ninth grade student attending classes at the HHS9 center.

5)     I.F. was fourteen years of age in September, 2012.

6)    I.F. was a member of the Hebron Freshman Cheerleading team for part of 2012.

7)    A.V. began the 2012-2013, school year as a ninth grade student attending classes at the HHS9 center.

8)    A.V. was fifteen years of age in September, 2012.

9)    A.V. remained enrolled in classes at the HHS9 center until he completed ninth grade in June, 2013.

10)   A.V. was a member of the Hebron Freshman Football team in 2012-2013.

11)     I.G. began the 2012-2013, school year as a ninth grade student attending classes at the HHS9 center.

12)     I.G. was fifteen years of age in September, 2012.

13)     I.G. remained enrolled inclasses at the HHS9 center until he completed ninth grade in June, 2013.

14)     I.G. was a member of the Hebron Freshman Football team in 2012-2013.

15)     I.F. formally withdrew from LISD in August, 2013, and never re-enrolled.

F.     **CONTESTED ISSUES OF FACT AND LAW**

**Plaintiff's Contentions:**

I.F. hereby submits her list of contested issues of fact and law.  In an effort to streamline the list, the contested issues of fact specifically listed here subsume other contested issues of fact and law not specifically listed.

1.      Whether I.F was sexually assaulted by two Hebron 9th Grade Center Football Players, A.V. and I.G., on or about September 28, 2012.

   a.     Whether I.F. did not consent to or explicitly refused any sexual contact from A.V. or I.G.

   b.     Whether I.F. lacked the capacity to consent to sexual contact from A.V. or I.G. due to her age.

   c.     Whether I.F. lacked the capacity to consent to sexual contract due to impairment.

   d.     Whether A.V. admitted having oral and vaginal sex with I.F.

   e.     Whether I.G. admitted having oral sex with I.F.

   f.     Whether A.V. admitted to engaging in sexual contact with I.F. without her consent.

   g.     Whether I.G. admitted to engaging in sexual contact with I.F. without her consent.

   h.     Whether A.V. and I.G. were aware of I.F.'s impairment prior to engaging in sexual contact with I.F.

   i.     Whether A.V. has admitted to drugging I.F. prior to engaging in sexual contact with her.

j.    Whether the alleged assailants pleading of Fifth Amendment rights to questions regarding the assault create a presumption that an assault occurred.

2.    Whether LISD demonstrated deliberate indifference to the sexual harassment and sexual assault of I.F. in violation of Title IX.

a.    Whether LISD had actual knowledge of complaints involving I.F. that triggered Title IX obligations.

i.    Whether LISD and its officials had actual knowledge of the sexual assault and the resulting bullying, slurs and obscenities being made about I.F.

ii.    Whether LISD knew about the hostile educational environment created for I.F. after the sexual assault.

b.    Whether LISD's acted with deliberate indifference in response to I.F.'s Title IX complaints.

i.    That the appropriate legal standard for "deliberate indifference" for purposes of finding school district liability under Title IX for student-on-student harassment as when the "response to the harassment or lack thereof is clearly unreasonable in light of the known circumstances" pursuant to *Doe ex rel. Doe v. Dallas Independent School Dist.*, 220 F.3d 380, 384 (5th Cir. 2000).

1.    The appropriate legal standard is not that a school district can escape liability as long as it proves took "some action" regardless of the reasonableness or efficacy of it as alleged in LISD's Motion for Summary Judgment (Dkt. 240).

ii.    Whether LISD's response to I.F.'s Title IX complaints was clearly unreasonable in the light of the known circumstances.

c.    Whether the sex-based harassment or assault acts was so severe, pervasive, and objectively offensive that it deprived I.F. of access to educational opportunities or benefits provided by LISD.

d.    Whether LISD created and/or subjected Plaintiff to a hostile educational environment in violation of Title IX because:

i.    Plaintiff was a member of a protected class;

ii.    Plaintiff was subjected to sexual harassment in the form of a sexual assault by another student, bullying, intimidation, verbal slurs, and obscenities, creating a hostile environment against her while on      LISD property;

iii.     Plaintiff was subjected to harassment based on her sex; and

iv.     Plaintiff was subjected to a hostile educational environment created by:

1.     LISD's lack of policies and procedures,

2.     LISD's failure to follow federal and state laws,

3.     LISD's failure to train its employees to be knowledgeable and to follow policies and procedures and legal requirements  under Title IX,

4.     LISD's custom and practice of failing to properly investigate and/or discipline male students accused of sexual assault,

5.     LISD's pattern and practice of behavior designed to discourage and dissuade students and parents of other students who had been sexually assaulted from seeking prosecution and protection and from seeking full investigation of sexual assaults, or

6.     LISD's failure to properly investigate and/or address the sexual assault, bullying, hostile environment and subsequent   harassment.

e.     Whether Plaintiff has suffered and should recover reasonable damages, including for her emotional distress, psychological damage, and because her character and standing in her community have suffered from the harassment fostered as a direct and proximate result of LISD's deliberate indifference to  her rights under Title IX.

3.     Whether LISD retaliated against I.F. for taking protected action under Title IX.

a.     Whether Plaintiff took protected action under Title IX by making complaints regarding sexual assault, harassment, or bullying while a student at LISD.

b.     Whether LISD took adverse action against I.F. while a student at LISD.

c.     Whether there is a causal connection between the adverse action taken against I.F. and I.F. protected activity under Title IX.

d.     Whether Plaintiff has suffered and should recover reasonable damages, including for her emotional distress, psychological damage, and because

her   character and standing in her community have suffered from LISD's retaliation in violation of Title IX.

4.      Whether Plaintiff is entitled to recover attorneys' fees.

5.      Whether Plaintiff is entitled to recover expert witness fees.

6.      Whether Plaintiff is entitled to interest and costs.

**<u>Defendant's Contentions</u>:**

1.      Whether Plaintiff's initial bullying complaint in October, 2012, sufficiently alleged gender-based harassment that implicated Title IX.

2.      Whether Plaintiff was subjected to gender-based harassment that sufficiently deprived her of access to the educational opportunities or benefits provided by LISD to implicate Title IX.

3.      Whether LISD had actual knowledge of gender-based harassment of Plaintiff that sufficiently deprived her of access to the educational opportunities or benefits provided by LISD.

4.      Whether LISD responded with deliberate indifference to I.F.'s complaints.

5.      The appropriate legal standard for deliberate indifference.

6.      Whether an alleged failure to follow Title IX administrative rules, directives, letters, or other communications from administrative agencies, or a District's own policies, establishes deliberate indifference.

7.      Whether Plaintiff has pled any claim for Title IX retaliation that is separate and distinct from her claim of Title IX discrimination. If so, whether LISD unlawfully retaliated against Plaintiff.

8.      Whether Plaintiff is entitled to recover any damages, interest, or costs from LISD.

9.      Whether Plaintiff is entitled to recover any attorney's fees from LISD.

G.    **LIST OF WITNESSES**

**Plaintiff's List of Witnesses**:

A.    <u>Witnesses who will be called to testify:</u>

1.  Brian Brazil
    Lewisville ISD
    4207 Plano Parkway
    Carrollton, TX  75010
    (469-713-5183

2.  Mark Dalton
    1048 Alexis Drive
    Pottsboro, TX  75076
    (469) 682-9969

3.  Debra Denson-Whitehead
    2609 22nd Street
    Lubbock, TX  79410
    (817) 437-6996

4.  Amanda Werneke
    Lewisville ISD
    4211 Plano Parkway
    Carrollton, Texas  75010
    (469) 713-5996

5.  T. Kevin Rogers
    Lewisville ISD
    1800 Timber Creek Rd.
    Lewisville, TX  75067
    (972) 350-4750

6.  Trisha Sheffield
    Lewisville ISD Board of Trustees
    2213 Landoine Ln.
    Lewisville, TX  75056

7.  Courtney Kennedy
    Lewisville ISD
    4211 Plano Parkway
    Carrollton, TX  75010
    (469) 713-5996

8. Jaime Fletcher
   c/o Aldous \ Walker
   2311 Cedar Springs, Suite 200
   Dallas, TX  75201
   (214) 526-5595

9. Paul Fletcher
   c/o Aldous \ Walker
   2311 Cedar Springs, Suite 200
   Dallas, TX  75201
   (214) 526-5595

10. I.F.
    c/o Aldous \ Walker
    2311 Cedar Springs, Suite 200
    Dallas, TX  75201
    (214) 526-5595

11. S.S.
    4216 Chippewa Ct.
    Carrollton, TX  75010
    (972) 394-4166

12. Sydney Strifler
    4216 Chippewa Ct.
    Carrollton, TX  75010
    (972) 394-4166

13. V.R. (a/k/a T.R.)
    1425 Indian Lake Trail
    Carrollton, TX 75007
    (972) 394-4176
    (214) 277-9379

14. H.G.
    2328 Lady Cornwall Dr.
    Carrollton, TX 75010

15. A.V.
    3952 Creekside Lane
    Carrollton, TX 75010

16. I.G.
    c/o Law Office of H. Guy Smith PLLC
    900 Jackson Street, Suite 750
    Dallas, TX 75202
    (972) 774-9000

17. Dr. Edward Dragan
    Education Management Consulting, LLC
    49 Coryell Street
    Lambertville, NJ 08530
    (609) 397-8989

18. Dr. Roger Pitman
    Professor of Psychiatry
    Harvard Medical School
    Massachusetts General Hospital
    120 Second Avenue
    Charlestown, MA 02129
    (617) 726-5333

19. Dr. Alexandria Doyle
    5949 Sherry Lane, Suite 840
    Dallas, TX 75225
    214-361-5900

B.  Witnesses who may be called to testify:

    1.  Rebecca MacDonald
        7 Indian Wells
        Frisco, TX  75034
        (972) 624-0114

    2.  Officer Cole Langston
        Carrollton Police Dept.
        2025 East Jackson Rd.
        Carrollton, TX  75006
        (972) 466-3290

    3.  M.H.
        7810 Creek Wood Ct.
        Rowlett, TX 75089

4. Randy Gibbs
   Law Offices of Robert E. Luna, P.C.
   4411 N. Central Expressway
   Dallas, TX 75205
   (214) 521-8000

5. Detective Dena Williams
   Carrollton Police Dept.
   2025 East Jackson Rd.
   Carrollton, TX  75006
   (972) 466-3290

6. Shea Alexander
   Dallas Area Rape Crisis Center
   4210 Junius St.
   Dallas, TX 75246
   (972) 641-7273

7. Scot Finch
   Lewisville ISD
   4207 Plano Parkway
   Carrollton, TX  75010
   (469) 713-5183

8. James Scott
   Lewisville ISD
   4207 Plano Parkway
   Carrollton, TX  75010
   (469) 713-5183

9. Christopher Fambro
   804 Oakhollow
   Eastland, TX  76448
   (806) 893-4641

10. William Farley
    Lewisville ISD
    4207 Plano Parkway
    Carrollton, TX  75010
    (469) 713-5183

11. Shawn Hurd
    Lewisville ISD
    4207 Plano Parkway
    Carrollton, TX  75010
    (469) 713-5183

12. Eric Mach
    Lewisville ISD
    4207 Plano Parkway
    Carrollton, TX  75010
    (469) 713-5183

13. Curren McMahon
    Lewisville ISD
    4207 Plano Parkway
    Carrollton, TX  75010
    (469) 713-5183

14. Robert Vaughn
    Lewisville ISD
    4207 Plano Parkway
    Carrollton, TX  75010
    (469) 713-5183

15. Officer Randall Zabojnik
    Carrollton Police Dept.
    2025 East Jackson Rd.
    Carrollton, TX  75006
    (972) 466-3290

16. Officer William Trim
    Carrollton Police Dept.
    2025 East Jackson Rd.
    Carrollton, TX  75006
    (972) 466-3290

17. Officer Zachary White
    Carrollton Police Dept.
    2025 East Jackson Rd.
    Carrollton, TX  75006
    (972) 466-3290

18. Victoria Abbott
    Denton County District Attorney's Office
    1450 E. McKinney St.
    Denton, TX  76209-4524
    (940) 349-2600
    (972) 434-8826

19. Allison Sartin
    Denton County District Attorney's Office
    1450 E. McKinney St.
    Denton, TX  76209-4524
    (940) 349-2600
    (972) 434-8826

20. K.A.
    811 King Ban Dr.
    The Colony, TX  75056

21. S. B.
    4211 Juniper Lane
    Carrollton, TX  75010

22. J. G.
    1713 E. Branch Hollow Dr.
    Carrollton, TX  75010
    (972) 394-3211
    (214) 538-4155

23. M.G.
    3952 Creekside Lane
    Carrollton, TX  75010
    (972) 467-2324
    (972) 467-4067

24. R.G.
    2604 Queen Elaine Dr.
    Lewisville, TX  75056
    (972) 099-0325
    (469) 952-0006

25. A.H.
    8275 Stonebrook Parkway, Apt. 1112
    Frisco, TX  75034

26. L.H.
    6621 Shoal Forest Ct.
    Plano, TX  75024
    (469) 384-3321

27. J.J.
    4226 Oak Mount Dr.
    Carrollton, TX  75010
    (214) 490-1908

28. C.J.
    (address unknown)

29. D.L.
    4309 Saginaw Ln.
    Carrollton, TX  75010

30. B.L.
    1825 Amber Lane
    Carrollton, TX  75007
    (972) 492-6123
    (469) 237-6508

31. C. McK.
    4100 Republic Dr.
    Frisco, TX  75034
    (214) 912-2308

32. K. R.
    2533 Avalon
    Lewisville, TX  75056
    (972) 342-2464

33. K. R. 2
    1152 Indian Run Dr., Apt. 1515
    Carrollton, TX  75010

34. M. S.
    1012 Holy Grail Dr.
    Lewisville, TX  75056
    (214) 577-9629
    (214) 205-7183

35. F. T.
    1300 Greenview Dr.
    Carrollton, TX  75010
    (214) 923-2155

36. S. W.
    3708 Maywood Ct.
    Carrollton, TX  75007

37. C. W.
    512 Four Stones
    The Colony, TX  75056

38. Aimee Roark
    1425 Indian Lake Trail
    Carrollton, TX  75007
    (972) 394-4176

39. Darren Roark
    1425 Indian Lake Trail
    Carrollton, TX  75007
    (972) 394-4176

40. Natalie Grainger
    2604 Queen Elaine Dr.
    Lewisville, TX  75056
    (972) 099-0325

41. Lori Nelson
    Children's Advocacy Center
    1854 Cain Dr.
    Lewisville, TX  75077
    (972) 317-2818

42. Jody White
    Dallas Area Rape Crisis Center
    4210 Junius St.
    Dallas, TX  75246
    (972) 641-7273

43. Stephanie Scott
    1800 Lakeway Dr., Suite 100
    Lewisville, TX  75057
    (972) 317-2470

44. Regina McFarland, MD
    Park Cities Psychiatry
    5944 Luther Lane, Suite 301
    Dallas, TX  75225
    (214) 522-7240

45. Neil Jacobson, MD
    Neil Jacobson Psychiatry
    17440 Dallas Parkway, Suite 208
    Dallas, TX  75287
    (972) 248-1717

46. Howard Smith, MD
    630 LBJ Freeway, Suite 222
    Dallas, TX  75240
    (972) 661-0605

47. H.G.
    2328 Lady Cornwall Dr.
    Carrollton, TX 75010

48. C.F.
    c/o Aldous \ Walker
    2311 Cedar Springs, Suite 200
    Dallas, TX  75201
    (214) 526-5595

C.  <u>Witnesses submitted by deposition:</u>

Plaintiff exchanged video deposition designations with Defendant in accordance with the Court's scheduling order.  The following witnesses designated as "Will Call" above may be called by deposition in the event they cannot be present in person as the current designations are being made more than sixty days in advance of trial:

1. Brian Brazil
   Lewisville ISD
   4207 Plano Parkway
   Carrollton, TX  75010
   (469-713-5183

2. Mark Dalton
   1048 Alexis Drive
   Pottsboro, TX  75076
   (469) 682-9969

3. Debra Denson-Whitehead
   2609 22nd Street
   Lubbock, TX  79410
   (817) 437-6996

4. S.S.
   4216 Chippewa Ct.
   Carrollton, TX  75010
   (972) 394-4166

5. Sydney Strifler
   4216 Chippewa Ct.
   Carrollton, TX  75010
   (972) 394-4166

6. A.V.
   3952 Creekside Lane
   Carrollton, TX 75010

**Defendant's List of Witnesses:**

A. <u>Witnesses who will be called to testify:</u>

1) Debra Denson-Whitehead
   2609 22nd Street
   Lubbock, TX  79410
   (817) 437-6996

2) Amanda Werneke
   Lewisville ISD
   4211 Plano Parkway
   Carrollton, Texas  75010
   (469) 713-5996

3) Mark Dalton
   1048 Alexis Drive
   Pottsboro, Texas 75076
   (469) 682-9969

4) Cole Langston
   Carrollton Police Department
   2025 East Jackson Road
   Carrollton, Texas 75006
   (972) 466-3290

B.     Witnesses who may be called to testify:

1)  I.F.
    2311 Cedar Springs Road, Suite 200
    Dallas, TX 75201
    (214) 526-5595
    (Attorney's address and phone)

2)  Paul Fletcher
    2311 Cedar Springs Road, Suite 200
    Dallas, TX 75201
    (214) 526-5595
    (Attorney's address and phone)

3)  Jaime Fletcher
    2311 Cedar Springs Road, Suite 200
    Dallas, TX 75201
    (214) 526-5595
    (Attorney's address and phone)

4)  Brian Brazil
    Lewisville ISD
    4207 Plano Parkway
    Carrollton, Texas  75010
    (469) 713-5183

5)  Kevin Rogers
    Lewisville ISD
    1800 Timber Creek Road
    Lewisville, TX  75067
    (972) 350-4750

6)  Michael Vargas
    Lewisville ISD
    4207 Plano Parkway
    Carrollton, Texas  75010
    (469) 713-5183

7)  Rebecca MacDonald
    7 Indian Wells
    Frisco, Texas 75034
    (972) 624-0114

8) Alex Alexander
   Lewisville ISD
   136 W Purnell St.
   Lewisville, Texas  75057
   (469) 713-5203

9) Courtney Kennedy
   Lewisville ISD
   4211 Plano Parkway
   Carrollton, Texas  75010
   (469) 713-5996

10) Danielle Trepagnier
    Lewisville ISD
    4207 Plano Parkway
    Carrollton, Texas  75010
    (469) 713-5183

11) Scot Finch
    Lewisville ISD
    4207 Plano Parkway
    Carrollton, Texas  75010
    (469) 713-5183

12) Dena Williams
    Carrollton Police Department
    2025 East Jackson Road
    Carrollton, Texas 75006
    (972) 466-3290

13) Victoria Abbot
    Denton County District Attorney's Office
    1450 E. McKinney Street, Suite 3100
    Denton, Texas 76209-4524
    (974) 434-8826

14) Allison Sartin
    Denton County District Attorney's Office
    1450 E. McKinney Street, Suite 3100
    Denton, Texas 76209-4524
    (974) 434-8826

15) Steven Strifler
    4216 Chippewa Court
    Carrollton, Texas 75010
    (972) 394-4166

16) S.S.
    4216 Chippewa Court
    Carrollton, Texas 75010
    (972) 394-4166

17) Sydney Strifler
    4216 Chippewa Court
    Carrollton, Texas 75010
    (972) 394-4166

18) Trisha Sheffield
    Lewisville ISD Board of Trustees
    2213 Landoine Lane
    Lewisville, Texas 75056

19) Robert Vaughn
    Lewisville ISD
    4207 Plano Parkway
    Carrollton, Texas  75010
    (469) 713-5183

20) Christopher Fambro
    804 Oakhollow
    Eastland, TX 76448
    (806) 893-4641

21) William Farley
    Lewisville ISD
    4207 Plano Parkway
    Carrollton, Texas  75010
    (469) 713-5183

22) Shawn Hurd
    Lewisville ISD
    4207 Plano Parkway
    Carrollton, Texas  75010
    (469) 713-5183

23) Eric Mach
    Lewisville ISD
    4207 Plano Parkway
    Carrollton, Texas  75010
    (469) 713-5183

24) Curren McMahon
    Lewisville ISD
    4207 Plano Parkway
    Carrollton, Texas  75010
    (469) 713-5183

25) Michael Strange
    Lewisville ISD
    4207 Plano Parkway
    Carrollton, Texas  75010
    (469) 713-5183

26) Tommy Ellington
    Lewisville ISD
    400 W. Main Street
    Lewisville, Texas  75057
    (469) 948-2001

27) Joanie Leach
    Lewisville ISD
    4211 Plano Parkway
    Carrollton, Texas  75010
    (469) 713-5996

28) Laura Doverspike
    Lewisville ISD
    4211 Plano Parkway
    Carrollton, Texas  75010
    (469) 713-5996

29) Joel Leader
    Lewisville ISD
    4211 Plano Parkway
    Carrollton, Texas  75010
    (469) 713-5996

30) Kelley Ferguson
    Lewisville ISD
    4211 Plano Parkway
    Carrollton, Texas  75010
    (469) 713-5996

31) Lana Mitchell
   Lewisville ISD
   4211 Plano Parkway
   Carrollton, Texas  75010
   (469) 713-5996

32) April Carne
   Lewisville ISD
   1250 W. Round Grove Road
   Lewisville, Texas  75067
   (469) 713-5201

33) Johnathon Cummings
   Lewisville ISD
   4211 Plano Parkway
   Carrollton, Texas  75010
   (469) 713-5996

34) Randi Riordan
   Lewisville ISD
   4211 Plano Parkway
   Carrollton, Texas  75010
   (469) 713-5996

35) Ruth Delgada
   Lewisville ISD
   4211 Plano Parkway
   Carrollton, Texas  75010
   (469) 713-5996

36) Sylvia Garcia
   Lewisville ISD
   136 W Purnell St.
   Lewisville, Texas  75057
   (469) 713-5203

37) R. Hines
   Lewisville ISD
   4211 Plano Parkway
   Carrollton, Texas  75010
   (469) 713-5996

38) Yanique Isom
   Lewisville ISD
   4211 Plano Parkway
   Carrollton, Texas  75010
   (469) 713-5996

39) Nancy Bauer
    1809 Concord Drive
    Flower Mound, Texas  75022
    (214) 616-9181

40) Allison Peterman
    10130 Summit Run Dr.
    Frisco, TX  75035
    (817) 797-0050

41) Stacy McDonald
    3381 FM 1446
    Waxahachie, Texas  75167
    (469) 867-0696

42) Laticia Bell
    256 Meadow Brook Dr.
    Highland Village, Texas 75077
    (972) 317-5868

43) Parker Liles
    902 Excalibur
    Highland Village, Texas  75077
    (214) 335-7750

44) Latasha Rayford
    Lewisville ISD
    4207 Plano Parkway
    Carrollton, Texas  75010
    (469) 713-5183

45) Tracey Shinkle
    Lewisville ISD
    4207 Plano Parkway
    Carrollton, Texas  75010
    (469) 713-5183

46) Jason Chagnon
    Lewisville ISD
    4207 Plano Parkway
    Carrollton, Texas  75010
    (469) 713-5183

47) Greg Bradley
    Prosper ISD
    700 N. Coleman
    Prosper, Texas  75078
    (469) 219-2165

48) Stephanie Wood
    McKinney ISD
    1400 Wilson Creek Parkway
    McKinney, Texas  75069
    (469) 302-3200

49) Jill Layn
    Lewisville ISD
    2109 Arbor Creek Drive
    Carrollton, Texas 75001
    (469) 713-5971

50) Janell Varvil
    Lewisville ISD
    2109 Arbor Creek Drive
    Carrollton, Texas 75001
    (469) 713-5971

51) Cindy Nix
    Lewisville ISD
    2109 Arbor Creek Drive
    Carrollton, Texas 75001
    (469) 713-5971

52) Dr. Harold Neil Jacobson, M.D
    Neil Jacobson Psychiatry
    17440 Dallas Parkway, Suite 208
    Dallas, Texas 75287
    (972) 248-1717

D.  <u>Witnesses Submitted by Deposition:</u>

Defendant  exchanged video deposition designations with Plaintiff in accordance with the Court's scheduling order.  The following witnesses designated may be called by deposition in the event they cannot be present in person as the current designations are being made more than sixty days in advance of trial:

1)  Steven Strifler
    4216 Chippewa Court
    Carrollton, Texas 75010
    (972) 394-4166

2)  S.S.
    4216 Chippewa Court
    Carrollton, Texas 75010
    (972) 394-4166

3)  Sydney Strifler
    4216 Chippewa Court
    Carrollton, Texas 75010
    (972) 394-4166

4)  Debra Denson-Whitehead
    2609 22nd Street
    Lubbock, TX  79410
    (817) 437-6996

5)  Mark Dalton
    1048 Alexis Drive
    Pottsboro, Texas 75076
    (469) 682-9969

6)  Deposition on Written Questions of records custodian for Dr. Harold Neil Jacobson,
    M.D.
    17440 Dallas Parkway, Suite 208
    Dallas, Texas 75287
    (972) 248-1717

**H.   LIST OF EXHIBITS**

Plaintiff's Exhibit List has been submitted.

Defendant's Exhibit List has been submitted.

**I.   LIST OF ANY PENDING MOTIONS**

1)    Plaintiff's Motion for Partial Summary Judgment

2)    Plaintiff's Motion to Strike LISD's Summary Judgment  Evidence

3)    LISD's Motion for Summary Judgment

4)    LISD's Motion to Strike Plaintiff's Expert Edward Dragan

5)      Any Motions in Limine filed concurrently with this submission.

**J.      PROBABLE LENGTH OF TRIAL**

Probable Length of Trial is 7 days.

**K.      MANAGEMENT CONFERENCE LIMITATIONS**

None, to the parties' knowledge.

As this case involves issues of privacy related to witnesses and evidence, the parties intend to seek the Court's guidance on practical considerations in advance of trial. The parties believe a conference regarding these matters with the Court will allow them to prepare evidence and witnesses in advance and promote efficiency during trial.

**L.      CERTIFICATIONS**

The undersigned counsel for each of the parties in this action do hereby certify and acknowledge the following:

(1)      Full and complete disclosure has been made in accordance with the Federal Rules of Civil Procedure and the Court's orders;

(2)      Discovery limitations set forth in the Federal Rules of Civil Procedure, the Local Rules, and the Court's orders have been complied with;

(3)      Each exhibit in the List of Exhibits herein:
    (a)      is in existence;
    (b)      is numbered; and
    (c)      has been disclosed and shown to opposing counsel.

Approved as to form and substance:

/s/ Charla Aldous
Charla Aldous
Attorney for Plaintiff I.F.

/s/ Thomas P. Brandt
Thomas P.  Brandt
Attorney for Defendant Lewisville ISD

This final pretiral order is approved subject to prior rulings made by the court through prior court orders and prior rulings made on the record at the final pretrial conference.   As stated in previous court orders, only Plaintiff's retaliation claim will proceed to trial.

**So Ordered and Signed**

**Feb 16, 2017**

Ron Clark, United States District Judge

# UNITED STATES DISTRICT COURT

**EASTERN** _____ DISTRICT OF _____ **TEXAS** _____

## EXHIBIT AND WITNESS LIST

I.F.          V.      LEWISVILLE INDEPENDENT
                      SCHOOL DISTRICT

Case Number: 4:14-CV-00359(RC/KPJ)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Ron Clark | Charla Aldous | Thomas P. Brandt |

| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| January 30, 2017 | | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | | | | E-mail chain between Debra Denson-Whitehead and Jaime Fletcher  (See, DEF1-3) |
| | 2 | | | | E-mail chain between Debra Denson-Whitehead and Jaime Fletcher  (See, DEF4-5) |
| | 3 | | | | E-mail chain between Debra Denson-Whitehead and Jaime Fletcher  (See, DEF8) |
| | 4 | | | | E-mail chain between Debra Denson-Whitehead and Jaime Fletcher (See, DEF9) |
| | 5 | | | | E-mail chain between Debra Denson-Whitehead and Jaime Fletcher  (See, DEF10-11) |
| | 6 | | | | E-mail chain between Debra Denson-Whitehead and Jaime Fletcher  (See, DEF17-24) |
| | 7 | | | | E-mail chain between Debra Denson-Whitehead and Jaime Fletcher  (See, DEF12-16) |
| | 8 | | | | E-mail chain between Debra Denson-Whitehead and Jaime Fletcher  (See, DEF6-7) |
| | 9 | | | | E-mail chain between Debra Denson-Whitehead and Jaime Fletcher (See, DEF25) |
| | 10 | | | | E-mail chain between Debra Denson-Whitehead and Brooke Soard (See, DEF26) |
| | 11 | | | | E-mail chain between Debra Denson-Whitehead and Jaime Fletcher  (See, DEF27) |
| | 12 | | | | E-mail chain between Alex Alexander, Michael Strange, Mark Dalton and  Amanda Werneke (See, DEF103) |
| | 13 | | | | E-mail chain between Alex Alexander, Michael Strange, Mark Dalton,  Amanda Werneke, and Rebecca MacDonald (See, DEF175-178) |
| | 14 | | | | E-mail between Mark Dalton and Jaime Fletcher (See, DEF67) |
| | 15 | | | | E-mail chain between Amanda Werneke, Jaime Fletcher, Mark Dalton and Courtney Kennedy, (See, DEF245-247) |
| | 16 | | | | E-mail between Mark Dalton and Rebecca MacDonald  (See, DEF139) |
| | 17 | | | | E-mail chain between Amanda Werneke and Paul Fletcher  (See, DEF41-43) |
| | 18 | | | | E-mail chain between Amanda Werneke and Paul Fletcher (See, DEF44-47) |
| | 19 | | | | E-mail chain between Amanda Werneke and Paul Fletcher (See, DEF147-48) |
| | 20 | | | | E-mail chain between Amanda Werneke and Paul Fletcher (See, DEF48-49) |
| | 21 | | | | E-mail chain between Amanda Werneke, Paul Fletcher, and various LISD staff (See, DEF50-53) |
| | 22 | | | | E-mail chain between Debra Denson-Whitehead and Paul Fletcher (See, DEF102) |

| | | | | | |
|---|---|---|---|---|---|
| **I.F. vs. LEWISVILLE INDEPENDENT SCHOOL DISTRICT** | | | | CASE NO. 4:14-CV-00359 (RC/KPJ) | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 23 | | | | E-mail chain between Joel Leader, Paul Fletcher, and various LISD personnel (See, DEF123-25) |
| | 24 | | | | E-mail chain between Kelley Ferguson, Paul Fletcher, and various LISD personnel (See, DEF126-130) |
| | 25 | | | | E-mail chain between Amanda Werneke and Paul Fletcher (See, DEF59-64) |
| | 26 | | | | E-mail chain between Amanda Werneke and Paul Fletcher (See, DEF82-87) |
| | 27 | | | | E-mail chain between Amanda Werneke and Nancy Bauer (See, DEF365) |
| | 28 | | | | E-mail chain between Amanda Werneke, Nancy Bauer, and Jonathan Cummings (See, DEF328) |
| | 29 | | | | E-mail chain between Paul Fletcher, Amanda Werneke and other LISD staff (See, DEF329-32) |
| | 30 | | | | E-mail chain between Amanda Werneke and various LISD personnel (See, DEF327) |
| | 31 | | | | E-mail chain between Amanda Werneke and various LISD personnel (See, DEF326) |
| | 32 | | | | E-mail chain between Amanda Werneke and various LISD personnel (See, DEF323) |
| | 33 | | | | E-mail chain between Amanda Werneke and various LISD personnel (See, DEF324) |
| | 34 | | | | E-mail chain between Jonathan Cummings, the Fletchers and other LISD personnel (See, DEF312-13) |
| | 35 | | | | E-mail between Stacy MacDonald, the Fletchers, and other LISD personnel (See, DEF316-17) |
| | 36 | | | | E-mail between Nancy Bauer, the Fletchers, and other LISD personnel (See, DEF318-19) |
| | 37 | | | | E-mail between Laticia Bell, the Fletchers, and other LISD personnel (See, DEF320-21) |
| | 38 | | | | E-mail chain between Paul Fletcher, Amanda Werneke, Michael Strange, and other LISD personnel (See, DEF374-85) |
| | 39 | | | | E-mail chain between Paul Fletcher, Amanda Werneke, Alex Alexander, Rebecca MacDonald, and Mark Dalton (See, DEF70-72) |
| | 40 | | | | E-mail chain between Paul Fletcher, Amanda Werneke and other LISD personnel (See, DEF403-06) |
| | 41 | | | | E-mail chain between Paul Fletcher, April Carne, and other LISD personnel (See, DEF393-94) |
| | 42 | | | | E-mail chain between Paul Fletcher and Amanda Werneke (See, Exhibit 10 to Paul Fletcher deposition) |
| | 43 | | | | E-mail chain between Paul Fletcher and Amanda Werneke (See, Exhibit 11 to Paul Fletcher deposition) |
| | 44 | | | | E-mail chain between Paul Fletcher and Amanda Werneke (See, Exhibit 12 to Paul Fletcher deposition) |
| | 45 | | | | I.F.'s Admission, Review, and Discipline ("ARD") records (See, DEF1107-92) |
| | 46 | | | | E-mail chain between Rebecca MacDonald and Kevin Rogers (See, DEF2767-68) |
| | 47 | | | | List of alleged cyberbullies with notes (See, DEF1423) |
| | 48 | | | | Offensive social media posting regarding I.F. (See, DEF1433) |
| | 49 | | | | E-mail between Amanda Werneke and Jaime Fletcher (See, DEF1422) |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size

| | | | | | |
|---|---|---|---|---|---|
| **I.F. vs. LEWISVILLE INDEPENDENT SCHOOL DISTRICT**    CASE NO. 4:14-CV-00359 (RC/KPJ) | | | | | |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| | 50 | | | | Summary of I.G. interview (See, DEF1385) |
| | 51 | | | | Summary of second I.G. interview (See, DEF1530) |
| | 52 | | | | Summary of A.V. interview (See, DEF1387) |
| | 53 | | | | Summary of second A.V. interview (See, DEF1531) |
| | 54 | | | | Summary of S.S. interview (See, DEF1386) |
| | 55 | | | | Summary of second S.S. interview (See, DEF1532) |
| | 56 | | | | Summary of V.R. interview (See, DEF1390) |
| | 57 | | | | Summary of second V.R. interview (See, DEF1533) |
| | 58 | | | | Summary of Sydsey Strifler interview (See, DEF1388) |
| | 59 | | | | Summary of K.R. interview (See, DEF1389) |
| | 60 | | | | Summary of S.W. interview (See, DEF1391) |
| | 61 | | | | Summary of X.T. interview (See, DEF1392) |
| | 62 | | | | Summary of D.L. interview (See, DEF1393) |
| | 63 | | | | Summary of W.S. interview (See, DEF1394) |
| | 64 | | | | Summary of M.G. interview (See, DEF1395) |
| | 65 | | | | Summary of L.H. interview (See, DEF1396) |
| | 66 | | | | Summary of C.M. interview (See, DEF1400) |
| | 67 | | | | Summary of H.G. interview (See, DEF1401) |
| | 68 | | | | HHS 9 Student Incident Report of S.S. (See, DEF1406) |
| | 69 | | | | HHS 9 Student Incident Report of W.S. (See, DEF1407) |
| | 70 | | | | HHS 9 Student Incident Report of M.G. (See, DEF1408) |
| | 71 | | | | HHS 9 Student Incident Report of L.H. (See, DEF1409) |
| | 72 | | | | HHS 9 Student Incident Report of D.L. (See, DEF1410) |
| | 73 | | | | HHS 9 Student Incident Report of X.T. (See, DEF1411) |
| | 74 | | | | Student Incident Report of S.W. (See, DEF1412) |
| | 75 | | | | HHS 9 Student Incident Report of Sydney Strifler (See, DEF1415-16) |
| | 76 | | | | Written Statement of I.F. (See, DEF1417-21) |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | **I.F. vs. LEWISVILLE INDEPENDENT SCHOOL DISTRICT**  CASE NO. 4:14-CV-00359 (RC/KPJ) |
| | 77 | | | | Summary of Interview of I.F. (See, DEF1399) |
| | 78 | | | | PowerPoint Presentation of I.F. to LISD (See, "Fletcher000266-302") |
| | 79 | | | | Hebron 9th Grade Center Summary of Findings Regarding Investigation of 9/28/12, party (See, DEF1383-84) |
| | 80 | | | | Summary of alleged bullying investigation (See, DEF1403) |
| | 81 | | | | Additional summary of alleged bullying investigation (See, DEF1405) |
| | 82 | | | | LISD Alleged Bullying, Harassment, or Intimidation Incident School Investigation Form (See, DEF1402) |
| | 83 | | | | LISD Bullying, Harassment, or Intimidation Incident School Investigation Form (See, DEF1404) |
| | 84 | | | | Letter from Daniel Gibbs to Robert Wolf (See, DEF2882-83) |
| | 85 | | | | Doctor's note from Dr. Regina McFarland/Park Cities Psychiatry (See, DEF2800) |
| | 86 | | | | Medical records from Dr. Harold Neil Jacobson, by deposition on written questions (See, DEF2947-71) |
| | 87 | | | | I.F.'s LISD middle school report card (See, DEF1753) |
| | 88 | | | | I.F.'s LISD high school report card (See, DEF1754) |
| | 89 | | | | LISD Policy FB (Local) (See, DEF2875-76) |
| | 90 | | | | LISD Policy FB (Legal) (See, DEF2868-74) |
| | 91 | | | | LISD Policy FFH (Local) (See, DEF1897-1903) |
| | 92 | | | | LISD Policy FFH (Legal) (See, DEF2739) |
| | 93 | | | | LISD Policy FFI (Local) (See, DEF1904-06 and 2879-81) |
| | 94 | | | | LISD Policy FFI (Legal) (See, DEF2877-78) |
| | 95 | | | | LISD Policy FNG (Local) (See, DEF1909-14) |
| | 96 | | | | Cyberbullying documents in Plaintiff's possession (See Exhibit 9 to Jaime Fletcher deposition) |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |