IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| I.F., § § *Plaintiff,* § § v. § § LEWISVILLE INDEPENDENT SCHOOL § DISTRICT, § § *Defendant.* § § § | CIVIL ACTION No. 4:14-cv-359 JUDGE RON CLARK VSL |

## FINAL JUDGMENT

This matter came before the court for trial by jury, and in accordance with the verdict of the jury and Orders previously entered, it is ORDERED, ADJUDGED, and DECREED that Plaintiff I.F. shall TAKE NOTHING of and from her claims against Defendant Lewisville Independent School District.

IT IS FURTHER ORDERED that costs of court are taxed to Plaintiff I.F.

IT IS FURTHER ORDERED that all relief not specifically granted herein is DENIED, and all pending motions are DENIED AS MOOT. This is a final judgment, which disposes of all claims and causes of action, and is appealable.

So **ORDERED** and **SIGNED** this **24** day of **March, 2017.**

_____
Ron Clark, United States District Judge