IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| I.F., | § | |
| | § | |
|     *Plaintiff,* | § | |
| | § | CIVIL ACTION No. 4:14-cv-359 |
| v. | § | |
| | § | JUDGE RON CLARK |
| LEWISVILLE INDEPENDENT SCHOOL DISTRICT, | § | |
| | § | VSL |
| | § | |
|     *Defendant.* | § | |

## VERDICT FORM

### Question No. 1

Do you find, by a preponderance of evidence:

    that Ms. Fletcher engaged in activity protected by Title IX of the Education Amendments Act of 1972;

    that LISD knew of the protected activity;

    that LISD took some action that was adverse to Ms. Fletcher either at the time or after Ms. Fletcher engaged in the protected activity; and

    that LISD took the adverse action because Ms. Fletcher engaged in the protected activity?

Answer "Yes" or "No."


Answer:     **No**


If you answered "Yes" to Question No. 1, then proceed to Question No. 2.
If you answered "No" to Question No. 1, then stop and initial the verdict form.

## Question No. 2

What sum of money, if paid now in cash, would fairly and reasonably compensate Ms. Fletcher for the damages, if any, that you have found were caused by LISD's retaliation in violation of Title IX?

Answer in dollars and cents, if any.

a. Mental anguish sustained in the past

   Answer: _____

b. Mental anguish that, in reasonable probability, Ms. Fletcher will sustain in the future

   Answer: _____

c. Loss of capacity for enjoyment of life, sustained in the past

   Answer: _____

d. Loss of capacity for enjoyment of life that, in reasonable probability, Ms. Fletcher will sustain in the future

   Answer: _____

e. Medical expenses that, in reasonable probability, Ms. Fletcher will sustain in the future

   Answer: _____


March _22_, 2017                     ___PH___
                                     Initials of Foreperson