# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

May 08, 2018

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 17-40722    Paul Fletcher v. Lewisville Indep Sch Dist
                     USDC No. 4:14-CV-359

Enclosed is an order entered in this case.

The court has considered the joint motion of Lewisville Independent School District and I. F. to view non-public and/or sealed material in the record on appeal. Unless the court granted access to one or more specific documents ONLY, the court orders that counsel for Lewisville Independent School District and I. F. may obtain from the District Court all ex parte documents *that were filed on behalf of* all parties that are contained in the record on appeal and all other sealed documents *that were not filed ex parte* that are contained in the record on appeal. The non-public and/or sealed materials from the record on appeal are for your review ONLY. This material should be maintained in your office under seal, and if provided to you in original paper, return to the District Court as soon as it has served your purpose.

                                Sincerely,

                                LYLE W. CAYCE, Clerk

                                By: _____
                                Angelique B. Tardie, Deputy Clerk
                                504-310-7715

Mr. Thomas Phillip Brandt
Mr. Stephen Douglas Henninger
Mr. Matthew J. Kita
Mr. David O'Toole
Mr. John Francis Roehm III

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

_____

No. 17-40722
_____

I. F.,

    Plaintiff - Appellant

v.

LEWISVILLE INDEPENDENT SCHOOL DISTRICT,

    Defendant - Appellee

_____

Appeal from the United States District Court
for the Eastern District of Texas
_____

O R D E R:

    IT IS ORDERED that the joint motion to view and obtain sealed documents is GRANTED.


                                                          _____/s/Edith H. Jones_____
                                                          EDITH H. JONES
                                                    UNITED STATES CIRCUIT JUDGE